PLUMSTEAD, Respondent, v. PLUMSTEAD, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) Action by George T. Plumstead against Jennie Plumstead. No opinion. Interlocutory judgment affirmed, without costs.

In re POMMER. (Supreme Court, Appellate Division, First Department. November 15, 1912.) In the matter of the application of Eugene R. Pommer, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POMROY v. DIVER. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) Action by Jennie Pomroy against John H. Diver. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

POSNER, Respondent, v. ROSENBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Sarah C. Posner against Max Rosenberg and others. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 1084.

POWERS et al., Appellants, v. POWERS et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Joseph A. Powers, as executor, etc., and Richard J. Welch, suing on behalf of themselves, etc., against Edward F. Powers, Albert W. Powers, and Eliza Powers, individually and as executors, etc.
PER CURIAM. Order modified, by striking therefrom provisions numbered 2 and 3, and, as so modified, affirmed, without costs.
SMITH, P. J., and LYON, J., vote for affirmance.

PRATT, Respondent, v. ALFRED E. NORTON CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Elizabeth D. Pratt, as administratrix, against the Alfred E. Norton Company. F. V. Johnson, of New York City, for appellant. C. Steckler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PRITCHETT, Respondent, v. RICHMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Mary E. Pritchett against Solomon Richman. F. Bien, of New York City, for appellant. H. Herz, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PROCTOR, Appellant, v. HALL et al., Respondents. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by William Proctor against William W. Hall and others. H. G. Sanford, of New York City, for appellant. T. C. Ennever, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 144 App. Div. 898, 129 N. Y. Supp. 1143.

In re PUBLIC SERVICE COMMISSION. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) In the matter of the application of the Public Service Commission, etc., for the appointment of three commissioners; Steinway Tunnel and Queensboro Plaza Route. No opinion. Motion granted. Messrs. James W. Prendergast, William D. Steele, and Robert F. Randall, appointed commissioners. See, also, 137 N. Y. Supp. 1138.

In re PUBLIC SERVICE COMMISSION. In re PARK PLACE (William and Clark Street Route; Whitehall and Montague Street Route). (Supreme Court, Appellate Division, First Department. November 15, 1912.) In the matter of the application of the Public Service Commission for appointment of commissioners. In the matter of Park Place (William and Clark Street Route; Whitehall and Montague Street Route). No opinions. Applications granted. Settle orders on notice.

In re PUBLIC SERVICE COMMISSION. In re WHITEHALL ST.–EAST RIVER–MONTAGUE ST. ROUTE. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of the Public Service Commission. In the Matter of Whitehall Street–East River–Montague Street Route. No opinion. Report confirmed. Order filed.

PURICELLI, Respondent, v. BARABINI, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Carmela Puricelli against Alessandro Barabini, as administrator, etc. No opinion. Judgment and order unanimously affirmed, with costs.

PUTNAM, Respondent, v. BOARD OF EDUCATION, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Charles Putnam against the Board of Education. C. McIntyre, of New York City, for appellant. J. E. O'Brien, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed.

PUTNEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Sherman Putney against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.